IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ERIC C. BURGIE                                                                      PLAINTIFF
ADC #120956

v.                          CASE NO. 2:18-CV-00006 BSM

WENDY KELLEY, et al.                                                              DEFENDANTS

## ORDER

The proposed findings and recommendation submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 16] and plaintiff Eric Burgie's timely objections [Doc. No. 18] have been reviewed. After *de novo* review of the record, the proposed findings and recommendation are adopted in their entirety. Accordingly, Burgie's motions for leave to proceed *in forma pauperis* [Doc. No. 1] and a preliminary injunction [Doc. No. 3] are denied, and this case is dismissed without prejudice for a failure to state a claim upon which relief may be granted.

Although Burgie filed a motion to amend his complaint [Doc. No. 19] with his objections, his proposed "amended and supplemental" complaint does not remedy the deficiencies identified in the proposed findings and recommendation. Therefore, leave to amend is also denied.

IT IS SO ORDERED this 5th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE